Vicky J Currie, WSBA #24192
Currie Law Firm
1008 S Yakima Ave STE 100
Tacoma, WA 98405
253.588.9922
currielawfirm@gmail.com

The Honorable Judge Michelle L Peterson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

LIU, SIZHEN

Petitioner,

v.

BRUCE SCOTT, Warden of the Northwest ICE Processing Center;
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security

Respondents.

CIVIL ACTION NO. 2:26-cv-04035-MLP

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE TRAVERSE OUT OF TIME**

THIS MATTER comes before the Court on Petitioner's Motion for Leave to File Traverse Out of Time. Having reviewed the Motion and the record herein, the Court finds good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B).

Accordingly, the Court hereby ORDERS:

1. Petitioner's Motion for Leave to File Traverse Out of Time is **GRANTED**.
2. Petitioner's Traverse to Federal Respondent's Return is **ACCEPTED** for filing and consideration in this habeas action.

IT IS SO ORDERED.

DATED this 16th day of November, 2026.

THE HONORABLE MICHELLE L. PETERSON
United States Magistrate Judge